1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAVID ADAM TUCKER,                    **Case No. CV 14-08146-AG (RAO)**

12              Plaintiff,

13        v.                               **JUDGMENT**

14   CAROLYN W. COLVIN, Acting
     Commissioner of Social Security,
15
                Defendant.
16

17

18          Pursuant to the Court's Order Accepting Findings, Conclusions, and

19   Recommendations of United States Magistrate Judge,

20          IT IS ORDERED AND ADJUDGED that the decision of the Acting

21   Commissioner of Social Security is **REVERSED** and this matter **REMANDED** for

22   further administrative action.

23

24   DATED:  November 30, 2015

25                                    _____

26                                    HON. ANDREW J. GUILFORD
                                      UNITED STATES DISTRICT JUDGE
27

28